UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROHM AND HAAS ELECTRONIC MATERIALS, LLC, | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 10-10563-JLT |
| ELECTRONIC CIRCUITS SUPPLIES, INC., | * * * | |
| Defendant. | * | |

ORDER

December 22, 2010

TAURO, J.

After a Hearing held on August 25, 2010, this court hereby orders that, for the reasons set forth in the accompanying Memorandum, Plaintiff's Motion for Preliminary Injunction [#3] and Motion for Expedited Discovery [#16] are DENIED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge